CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2013 APR 12  PM 4: 25

DEPUTY CLERK

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3 - 13 CR - 1 3 1 - D |
| | § | |
| CALIFCO, LLC | § | |

## WAIVER OF INDICTMENT

Califco, LLC, the defendant, has been informed through it's president and CEO,

Elias Shokrian, that a one count felony information has been filed which accuses the

defendant of committing a violation of 42 U.S.C. § 7413(c)(2)(B), that is, Failure to

Notify Under the Clean Air Act.

Defendant Califco, LLC, being advised of the nature of the above charge and the

proposed felony information, understands the following:

1. The defendant has the right to have its case presented to a Federal Grand

    Jury;

2. The Grand Jury must consist of citizens of the Northern District of Texas,

    and the Grand Jury must consist of not more than 23 nor less than 16

    citizens, 12 of whom must vote in favor of an indictment before such an

    indictment is returned or "true billed";

3. In order to return a "true bill" of indictment, the Grand Jury must find from

    the evidence presented that there is probable cause to believe that a federal

**Waiver of Indictment - Page 1**

offense has been committed and that the defendant committed that federal offense;

4.    The defendant may waive or give up its right to have its case presented to the Grand Jury;

5.    The defendant has discussed the right to waive or give up having its case presented to the Grand Jury with its lawyer and its lawyer has fully explained the consequences of waiving this right.

After consultation with counsel, Defendant Califco, LLC, through its president and CEO, Elias Shokrian, hereby voluntarily, knowingly and intelligently waives now and agrees to later waive in open court its right to have its case presented to a Federal Grand Jury and consents that the prosecution may proceed by information rather than by indictment.

Signed this the ___9th___ day of ___April___, 2013.

_____
Califco, LLC
Defendant
Approved by: Elias Shokrian,
President and CEO of Califco, LLC

_____
Richard Roper
Attorney for Defendant

**Waiver of Indictment - Page 2**