AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA

V.

CALIFCO, LLC

**EXHIBIT AND WITNESS LIST**

Case Number:  3:13-CR-131-D(01)

| PRESIDING JUDGE<br>SIDNEY A. FITZWATER | PLAINTIFF'S ATTORNEY<br>ERRIN MARTIN | DEFENDANT'S ATTORNEY<br>RICHARD B ROPER |
| --- | --- | --- |
| TRIAL DATE (S)<br>06/07/2013 | COURT REPORTER<br>CASS CASEY | COURTROOM DEPUTY<br>PAT ESQUIVEL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 1 | 6/7/2013 | Yes | Yes | Unanimous Written Consent of the Board of Directors of Califco, LLC |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages