IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:13-cr-00131-D |
| CALIFCO, LLC (1) | § § | |
| JONATHAN ISAAC SHOKRIAN   (2) | § § | |
| Defendants | § § | |

## **ORDER**

Came on to be considered the unopposed motion filed by the defendants, Califco, LLC and Jonathan Isaac Shokrian (Doc. 25), requesting that the Court continue for 60 days, the sentencing hearing in this matter currently set for September 27, 2013.  The Court is of the opinion that the motion is well taken and GRANTS the same for the reasons stated in the defendant's motion.

It is the ORDER of the Court that the sentencing hearing in this matter set for September 27, 2013 is hereby VACATED.  The sentencing hearing in this mater will be reset until _____.

SIGNED: _____

_____
SIDNEY A. FITZWATER
CHIEF UNITED STATES DISTRICT JUDGE