IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,     §
                              §
         Plaintiff,           §
                              §
VS.                           §        Criminal No. 3:13-CR-131-D
                              §
CALIFCO LLC and               §
JONATHAN ISAAC SHOKRIAN,      §
                              §
         Defendants.          §

## ORDER

Defendants' September 3, 2013 unopposed motion to reset sentencing is granted, and the

sentencing hearing for these defendants is reset to Friday, November 22, 2013 at 9:00 a.m.

   **SO ORDERED**.

September 5, 2013.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE