IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-cr-00131-D |
| | § | |
| CALIFCO, LLC (1) | § | |
| JONATHAN ISAAC SHOKRIAN   (2) | § | |
| | § | |
| Defendants | § | |

**DEFENDANTS' UNOPPOSED MOTION AND BRIEF
TO EXTEND TIME TO FILES OBJECTIONS  TO PRESENTENCE REPORT**

The defendants in the above-entitled and numbered cause file this unopposed motion to extend time to file objections to the presentence report, and would show the Court as follows:

**I.      Background**

This matter is an environmental criminal case involving asbestos abatement.  On June 13, 2013, the defendants Califco, LLC ("Califco") and Jonathan Shokrian ("Shokrian") pleaded guilty to a single-count information, which charged the defendants with violating the Clean Air Act by failing to give written notification to state environmental regulators of intent to remove asbestos.  *See* 42 U.S.C. § 7413(c)(2)(B). (Doc. 1, at 6; Doc. 5, at 1; PSR, at 3)  That same day, Shokrian was allowed to remain on release pending sentencing set for September 27, 2013.  The court also set certain dates for the filing of sentencing related material, including the filing of the presentence report ("PSR").  The PSR was to be filed on August 9, 2013. (Doc. 17, at 1)  Based on agreement of the parties, the time period to file the PSR was extended, and the PSR was filed on August 26, 2013. (Doc. 23-1)  Under the sentencing scheduling order, objections

to the PSR were to be filed by September 9, 2013. (Doc. 17, at 1) ("Within 14 days after receipt of the PSR, the parties must deliver to the court, the probation officer, and the opposing party their objections, if any, to the PSR, or a statement that the party adopts the PSR.")  On September 25, 2013, the court granted the defendants' motion to continue the sentencing hearing. (Doc. 25)

## II.    <u>Request</u>

The defendants request that the court continue the time to file objections to the PSR until October 21, 2013.

## III.    <u>Argument and Authorities</u>

Based on the defendants' request, the court continued the sentencing hearing based, in part, on the defendants' request that they needed additional time to prepare and file objections to the PSR.  The defendants' did not, however, actually request that the time to file objections be extended as well.  Consequently, the defendants request additional until October 21, 2013 to file objections to the PSR.

This motion is not made in an attempt to unduly delay the proceedings in this case. Neither side will be prejudice by the delay in the time for filing objections to the PSR. The opposing party and the Probation Office will have sufficient time to respond to objections and the addendum.

WHEREFORE, premises considered, the defendants request that the Court extend time to file objections to the PSR until October 21, 2013.

Respectfully submitted,

/s/ Richard B. Roper
Richard B. Roper
Texas Bar No. 01723370
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700
Fax: (214) 969-1751
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

On September 18, 2013, I have conferenced with government counsel AUSA Errin Martin, who indicated that the government would not oppose this motion.

/s/ Richard B. Roper
Richard B. Roper

## CERTIFICATE OF SERVICE

On September 18, 2013, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the U.S. Probation Officer, all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), and the probation officer assigned to the case.

/s/ Richard B. Roper
Richard B. Roper