IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:13-CR-131-D |
| CALIFCO, LLC (1) | § § | |
| JONATHAN ISAAC SHOKRIAN  (2) | § § | |
| Defendants | § § | |

## ORDER

The unopposed motion filed by the defendants Califco, LLC and Jonathan Isaac

Shokrian requesting that the Court extend until October 21, 2013 the time to file

objections to the Presentence Report is granted.  It is the ORDER of the Court that

objections to the Presentence Report be filed on or before October 21, 2013.

SIGNED September 19, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE