IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  **3:13-CR-00131-D** |
| CALIFCO, LLC (1) | |
| JONATHAN SHOKRIAN  (2) | |

### GOVERNMENT'S RESPONSE TO DEFENDANTS' <u>MOTION TO CONTINUE SENTENCING</u>

On October 11, 2013, Defendant Jonathan Shokrian filed his motion to continue his sentencing date and the sentencing date for Califco, LLC [Docket No. 29].  The government is not opposed to up to a five week continuance of the sentencing hearing.  However, the government is opposed to a continuance of more than five weeks.  This case was originally set for sentencing on September 27, 2013.  Counsel for defendants have had ample time to prepare for the sentencing issues in this case, and to the extent that they need additional time, five additional weeks is a reasonable amount of time to properly address any outstanding issues.

For the foregoing reasons, the government opposes the defendants' motion to the

extent any continuance exceeds five weeks and asks that the Court deny the motion.


SARAH R. SALDAÑA
UNITED STATES ATTORNEY


 /s/ Errin Martin
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Suite 300
Dallas, Texas  75242
Telephone: 214.659.8600
Facsimile: 214.659.8805
Email:     errin.martin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2013, I electronically filed the foregoing document with the clerk of court for the United States District Court for the Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means:

Mike Gibson
Richard Roper

      /s Errin Martin
     ERRIN MARTIN
    Assistant United States Attorney