IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,          §
                                   §
            Plaintiff,             §
                                   §
VS.                                §        Criminal No. 3:13-CR-131-D
                                   §
CALIFCO LLC and                    §
JONATHAN ISAAC SHOKRIAN,           §
                                   §
            Defendants.            §

## ORDER

Defendants' October 11, 2013 and October 12, 2013 motions for continuance of sentencing date—which the government opposes to the extent the continuances would exceed five weeks—is granted. The sentencing hearings for these defendants are reset to Friday, February 28, 2014 at 9:00 a.m.

All deadlines (other than the deadlines for filing the presentence reports) specified in the court's June 7, 2013 sentencing scheduling orders must be complied with based on the new sentencing date.

**SO ORDERED**.

November 1, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE