UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 3 1 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

United States of America

Plaintiff

v.

Califco, LLC

Defendant

§
§
§
§
§
§
§
§
§
§

Case No. _3:13-CR-00131-D-1_____

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)
Stephen L. Joseph
_____, with offices at

11693 San Vicente Blvd. #150
_____
(Street Address)

Los Angeles                          CA                 90049
_____     _____     _____
(City)                               (State)            (Zip Code)

(310) 266-6662
_____
(Telephone No.)

**II.**    Applicant will sign all filings with the name  Stephen L. Joseph
_____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

sljoseph@earthlink.net
_____.
(E-mail Address)

**III.**    Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Defendant Califco, LLC

(Note: Applicant is already admitted pro hac vice as to Defendant Jonathan Isaac Shokrian. Applicant will continue to represent him.)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of
California _____, where Applicant regularly practices law.

Bar license number: _189234_____    Admission date: _June 13, 1997_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| US Dist Ct Northern & Cental Dists Cal | 1990s or early 2000s | Active |
| US Dist Ct Dist of Columbia | 1980s | Active |
| District of Columbia | 1980 | Active |
| Maryland | Late 1980s or early 1990s | Inactive |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

November 21, 2013          This case as to Defendant Shokrian

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

Richard B. Roper, III
_____ who has offices at

1722 Routh Street, Suite 1500
_____
(Street Address)

Dallas                                    TX                    75201
_____        _____        _____
(City)                                   (State)            (Zip Code)

(214) 969-1210
_____.
(Telephone No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☐  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑  Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, 2014 accompanied by a $25.00 filing fee, on this the 29th day of January _____, _____.

Stephen L. Joseph
_____
Printed Name of Applicant

_____
Signature

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617       TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

November 12, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEPHEN LAURENCE JOSEPH, #189234 was admitted to the practice of law in this state by the Supreme Court of California on June 13, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

LAW OFFICES
*of*

# STEPHEN L. JOSEPH

**11693 SAN VICENTE BLVD. #150
LOS ANGELES, CA 90049**

**TELEPHONE: (310) 266-6662
FAX: (310) 694-9067
E-MAIL: sljoseph.law@earthlink.net**

January 29, 2014

Clerk
U.S. District Court for
Northern District of Texas
1100 Commerce Street
Room 1452
Dallas, TX 75242

       Re:    USA v. Califco, LLC
               Case No. 3:13-CR-00131-D-1

Dear Clerk:

      I was admitted *pro hac vice* to represent Defendant Shokrian in this matter. I am now applying to be admitted to also represent Defendant Califco. I would represent both Defendants.

      I submitted the original of the enclosed Certificate of Standing with my application to represent Defendant Shokrian. Please accept that original for this application.

      Thank you.

                   Sincerely,

                   Stephen L. Joseph

Case 3:13-cr-00131-D   Document 37   Filed 01/31/14   Page 6 of 6   PageID 135



**Customer:** This service area is provided for your internal use and convenience. Service must be marked on airbill.

FedEx Service:

**Extremely Urgent**

8020 2500 3270

FRI - 31 JAN AA
STANDARD OVERNIGHT

AD RBDA

75242
TX-US
DFW

FID  104911  30JAN14  SMOA  51AC1/D6EC/65DD

Insert airbill here ▼

00017
00028

**FedEx** Express   Package US Airbill

FedEx Tracking Number   8020 2500 3270

**1 From**

Date 1-30-14

Sender's Name  STEPHEN L JOSEPH   Phone 310 266-6662

Company  JOSEPH, STEPHEN L. LAW OFCS OF

Address  11693 SAN VICENTE BLVD STE 150   Dept/Floor/Suite/Room

City  LOS ANGELES   State  CA   ZIP  90049-5105

**2 Your Internal Billing Reference**  CALIFCO

**3 To**

Recipient's Name  CLERK   Phone 214 753-2200

Company  U.S. DISTRICT COURT

Address  1100 COMMERCE STREET   Dept/Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address  ROOM 1452
Use this line for the HOLD location address or for continuation of your shipping address.

City  DALLAS   State  TX   ZIP  75242

0103463373

8020 2500 3270

**4 Express Package Service**   * To most locations.
NOTE: Service order has changed. Please select carefully.

Packages up to 150 lbs.
For packages over 150 lbs. use the FedEx Express Freight US Airbill.

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☒ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery not available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging**   * Declared value limit $500.

☒ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

**Does this shipment contain dangerous goods?**
One box must be checked.

☒ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN 1845 __ x __ kg   ☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**7 Payment**   Bill to:

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check   Obtain recip. Acct. No. ☐

Total Packages   Total Weight __ lbs.   Credit Card Auth.

Your liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

611

Rev. Date 2/12 • Part #163134 • ©1994–2012 FedEx • PRINTED IN U.S.A. SRS

RT 726   3   B   3270   01.31

FZ

RECEIVED  JAN 31 2014

fedex.com  1800.GoFedEx  1800.463.3339