IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

NO.  3:13-CR-131-D

CALIFCO, LLC (01), AND
JONATHAN ISAAC SHOKRIAN (02)

## MOTION FOR PRE-SENTENCE PAYMENT

The United States of America ("the government"), pursuant to 18 U.S.C. § 3572, and 28 U.S.C. §§ 1651, 2041 and 2042, moves this Court for an order directing the Clerk of the Court to accept pre-sentence payments toward the criminal financial obligations to be imposed, and in support state as follows:

1.      Defendants CALIFCO, LLC and JONATHAN ISAAC SHOKRIAN have each pled guilty to Count One of the Information charging failure to notify under the Clean Air Act in violation of 42 U.S.C. § 7413(c)(2)(B).

2.      Pursuant to each Plea Agreement, the defendants have agreed to pay their criminal financial obligations by the time of sentencing, including the special assessments and fines to be imposed.  (Dkt. Nos. 5 and 8).  Each defendant may submit payment by cash, cashier's check, or money order made payable to the Clerk of the Court with 3:13-CR-131 noted on each payment mailed or delivered to:

Clerk of the Court for the Northern District of Texas
1100 Commerce Street, 14th Floor
Dallas, Texas 75242

USA Motion for Pre-Sentence Payment - Page 1

3.     Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of the defendant until the time of sentencing.  Further, pursuant to 28 U.S.C. § 2042, the United States requests an order that upon the entry of a criminal judgment in this case, the Clerk of the Court is to withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant.

4.     The Court has the discretion to order the requested relief pursuant to the All Writs Act, 28 U.S.C. § 1651.  The All Writs Act states that "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." *Id.*

5.     The government has conferred with counsel for the defendants, who has not objected to the requested order in aid of the plea agreements executed by the parties.

6.     The United States Attorney's Office neither represents the Internal Revenue Service, nor alleges any tax advice in this matter, and nothing in this motion shall limit or in any way waive or release any administrative or judicial civil claim, demand, or cause of action, whatsoever, of the government or its agencies.

**USA Motion for Pre-Sentence Payment - Page 2**

WHEREFORE, the government moves this Court for an order directing the Clerk of the Court to accept pre-sentence payments to be held on deposit until sentencing, and thereafter apply those funds toward the criminal monetary penalties imposed against each defendant as provided by law and in accordance with the Clerk's standard operating procedures.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
Illinois Bar No. 6273797
1100 Commerce Street, Third Floor
Dallas, TX  75242-1699
Telephone:  214-659-8648
Facsimile:  214-659-8812
Email: Melissa.Childs@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Motion for Pre-Sentence Payment

was served on February 13, 2014 pursuant to the district court's ECF system as to ECF filers.

*s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney