IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                          NO.  3:13-CR-131-D

CALIFCO, LLC (01), AND
JONATHAN ISAAC SHOKRIAN (02)

## ORDER FOR PRE-SENTENCE PAYMENT

Upon consideration of the motion of the United States for an order directing the Clerk of the Court to accept pre-sentence payments toward the special assessments and fines to be imposed against the defendants in this case, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of Court shall accept from each defendant or representative of each defendant payment of the criminal financial obligations and maintain such payment on deposit until the time of sentencing in this case; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment in this case, the Clerk Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendants as provided by law and in accordance with the Clerk's standard operating procedures.

**SO ORDERED.**

February 14, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE