**UNITED STATES DISTRICT COURT**
for
**NORTHERN DISTRICT OF TEXAS**

## Report on Defendant Organization Under Supervision - Court Decision Requested

Name of Offender:      Califco, LLC                                             Case No.:  3:13-CR-131-D(01)

Name of Sentencing Judge:    U.S. District Judge Sidney A. Fitzwater

Date of Original Sentence:    February 27, 2014

Original Offense:     Failure to Notify Under the Clean Air Act, 42 USC § 7413(c)(2)(B)

Original Sentence:    5 year term of probation

Type of Supervision:  Probation                    Date Supervision Commenced:  February 27, 2014

Assistant U.S. Attorney:  Errin Martin              Defense Attorney:  Richard B. Roper, III
                                                                  (Retained)

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

Defendant organization, Califco, LLC (Califco), is supervised by the U.S. Probation Office in the Central District of California.  U.S. Probation Officer Mahogany Thomas (USPO Thomas) advises Mr. Elias Shokrian, the named representative of Califco, is requesting permission to dissolve this company. This request is essentially asking for early termination of the 5-year term of probation imposed by the Court on February 27, 2014.   Standard Condition No. 6 orders the defendant organization not to dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees.  The judgment also orders Califco to pay the cost of medical monitoring for Gerardo Ruiz-Castillo, Armando Rodriguez, and Albino Villanueva.

Mr. Shokrian advises that Califco no longer has employees, does not generate revenue, and has no further business operations.  He is requesting permission to dissolve the business, which in turn, will eliminate the need for supervision.  In regards to the condition of probation requiring Califco to provide medical monitoring for Gerardo Ruiz-Castillo, Armando Rodriguez, and Albino Villanueva, Mr. Shokrian submits the enclosed letter dated June 11, 2014, which states these individuals were never the employees of Califco, but of SEJ Properties, L.P.  He further states that Gerardo Ruiz-Castillo and Armando Rodriguez left the organization a few years ago and are not available (found) for medical monitoring.  Albino Villanueva, who continues to work for SEJ Enterprises, was advised to monitor his health at the cost of his employer.

According to USPO Thomas, Mr. Shokrian was informed on numerous occasions that the above-noted issues should have been addressed at sentencing and directed him to contact his defense attorney, Richard B. Roper, for assistance with his request.  USPO Thomas also attempted to contact Mr. Roper to notify him of his client's wishes.

The U.S. District Clerk's Office records reflect Califo has satisfied all financial obligations.  Finally, USPO Thomas indicates that Jonathan Isaac Shokrian, who is a codefendant and son of Elias Shokrian, successfully completed his one-year term of supervised release.

The probation officer recommends the following action for the Court to consider:

USPO Thomas relates she and her office cannot support Mr. Shokrian's request to dissolve Califco and end the 5-year probation term due to the fact that the company has not fulfilled its obligations to the Court and employees Gerardo Ruiz-Castillo, Armando Rodriguez, and Albino Villanueva.  The U.S. Probation Office for the Northern District of Texas concurs with USPO Thomas' recommendation and respectfully requests that the Court deny Mr. Shokrian's request to dissolve Califco and terminate the 5-year probation term prior to the original expiration date of February 26, 2019.


I declare under penalty of perjury
that the foregoing is true and correct.

Executed on March 24, 2016                          Approved,

s/Zelma M. Shannon                                  s/Kenneth Mays
Senior U.S. Probation Officer                       Supervising U.S. Probation Officer
Fort Worth, Texas                                   Fort Worth, Texas
Phone:  817-505-3289                                Phone:  817-840-0743
Fax:  817-978-3726

---

**Order of the Court:**

☒    Agrees with the recommendation of the probation officer.  The Court denies Mr. Shokrian's request to dissolve Califco and terminate the 5-year probation term prior to the original expiration date of February 26, 2019.

☐    Disagrees with the recommendation of the probation officer.

☐    Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐    Directs the probation officer to submit a request for a warrant or summons.

☐    Other or Additional:

☐    File under seal until further order of the Court.


Sidney A. Fitzwater
U.S. District Judge

April 4, 2016
Date

/zms

Califco, LLC
Report on Offender Under Supervision - Court Decision Requested

* Attachment

Califco, LLC
Report on Offender Under Supervision - Court Decision Requested