**UNITED STATES DISTRICT COURT**
for
**NORTHERN DISTRICT OF TEXAS**

## Report on Offender Under Supervision - Court Decision Requested

Name of Offender:    Califco, LLC. (Organization)                Case No.:  3:13-CR-131-D(01)

Name of Sentencing Judge:    Senior U.S. District Judge Sidney A. Fitzwater

Date of Original Sentence:    February 27, 2014

Original Offense:    Failure to Notify under the Clean Air Act, in violation of 42 U.S.C. § 7413 (c)(2)(B), a Class D felony.

Original Sentence:    5 years probation

Revocations:    None

Type of Supervision:  Probation            Date Supervision Commenced:  February 27, 2014

Assistant U.S. Attorney:  Errin Martin            Defense Attorney:  Richard B. Roper III
(Retained)

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

On February 27, 2014, the organization was sentenced to 5-year term of probation and supervised in the Central District of California with the following specific conditions:  The defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees. In addition, the Judgment also ordered the defendant pay the cost of medical monitoring for Gerardo Ruiz-Castillo, Armando Rodriguez and Albino Villanueva.  Further, the corporation was ordered to pay a $500,000 fine, which has been satisfied.

Califco's representative, Mr. Elias Shokrian, previously stated Califco no longer has employees, does not generate revenue and has no further business operations. In regard to the condition of supervision in which the LLC is required to provide medical monitoring for Gerardo Ruiz-Castillo, Armando Rodriquez and Albino Villanueva, Mr. Shokrian previously provided a written statement which indicated that the three named individuals were never employees of Califco, but were employees of SEJ Properties, L.P. Further, Mr. Shokrian indicated that Gerardo Ruiz-Castillo and Armando Rodriquez had previously left the organization and could not be located for medical monitoring; however, Albino Villanueva, who was still employed at SEJ Enterprises had been advised to monitor his health at the cost of his employer.

Califo satisfied all of the financial obligations ordered by the Court and the co-defendant in this case, Jonathan Shokrian has already successfully completed supervision.

Throughout the supervision term, the U.S. Probation Office in the District of Central California, as well as individuals from the U.S. Attorney's Office in the Northern District of Texas, attempted to contact Mr. Villanueva, Mr. Rodriguez, and Mr. Ruiz- Castillo via mail, email, and telephone with no response.  However, on February 21, 2019, Mr. Villanueva contacted the U.S. Probation Officer via telephone. He stated he never sought medical attention despite being told to do so. He further stated he has been told that any kind of effects

of his asbestos exposure will not show up for years. However, he stated he is now interested in seeking medical attention.

Due to the fact that Califco, LLC's term of probation is just one day away from expiring, and Mr. Villanueva has not sought treatment in five years, it is recommended that the term of probation be allowed to expire as scheduled on February 26, 2019. There is no violation present, as Mr. Villanueva has not attended treatment, and therefore has not incurred any medical bills that need to be paid. While this is unfortunate, it is hoped that Mr. Villanueva can pursue a civil suit against the Corporation later, should he seek to get medical treatment and need reimbursement.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on February 25, 2019                    Approved,

s/Veronica Salas                                 s/Jennifer Morris

U.S. Probation Officer                           Supervising U.S. Probation Officer
Dallas Division                                  Phone:  214-753-2485
Phone:  214-753-2489
Fax:  214-753-2570

**Order of the Court:**

☒    Agrees with the recommendation of the probation officer.

☐    Disagrees with the recommendation of the probation officer.

☐    Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐    Directs the probation officer to submit a request for a warrant or summons.

☐    Other or Additional:

☐    File under seal until further order of the Court.

The Honorable Sidney A. Fitzwater
Senior U.S. District Judge

February 25, 2019
Date

VS